UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL MORGAN

V.

CIVIL ACTION
NO. 3:09cv30211-MAP

U.S. DEPARTMENT OF EDUCATION

## COMPLAINT

Parties

1. The Plaintiff MICHAEL MORGAN is a resident of your town, your county, Massachusetts and a citizen of The United States. 37 Lafayette St. Springfield MA. 01109

2. The defendant U.S. Department of Education is a resident of Chicago, IL and a citizen of the United States. Celia Jerro-Hearing Official- Chicago AWG Hearing Branch, 500 W. Madison St. Suite1520, Chicago, IL 60661-4544

Jurisdiction

3. This court has Jurisdiction over this matter Pursuant to U.S.C. 1332.

4. Sometime in June of 2007 The Department Of Education has contacted me about Repaying my student loan. I explained to them that I am a single parent with three children and that I can afford to pay $75 per month. They said that would not be enough. They wanted $500 a month. I told them that amount would create a financial Hardship for me. They threatened me with wage garnishment unless I provide them with financial statements. I sent them financial statements which they accepted.

5. Every six months thereafter they required me to send in financial statements to stop wage garnishment proceedings. They have been making threatening phone calls to my house and my job. I continue to propose a payment of $75 which they reject. So therefore I send them the financial statements to prove my Hardship which they accept.

6. On November 12, 2009 The U.S. Department of Education denied my claim for financial hardship and decided to garnish my wages. This action will put me in a financial crises and I would not be able to provide for my children. This is unjust

and cruel. I am more than willing to pay but only what I can afford.

7. The principal balance on my loan is $21,547.04. The Department of Education has added collection cost and fees of $11,948.14. They also added interest in the amount of $27,541.40. These exorbitant fees have brought my balance to $61,036.58. I believe this is unfair. I am ready to pay $75 a month because this is what I can afford. The Department Of Education continue to add on collection cost and fees while refusing to accept payment. I don't believe this is just. Now they are going to forcibly take my hard earned Money which will in effect put me in financial ruin.

WHEREFORE, the plaintiff demand judgment against the defendant, to accept payment of $75, reduce interest fees and remove collection cost, stop wage garnishment, return money taken from plaintiff and stop making phone calls to job and such other relief as this court deems just.

Signature _/s/ Michael Morgan_

Name    Michael  Morgan
Address 37 Lafayette St.
        Springfield, MA  01109
Telephone 860-997-0318